UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

YULIEN ESQUIVEL ULLOA,               )
                                     )
                Petitioner,          )
                                     )
        v.                           )        No. 4:26-cv-00074-SEB-KMB
                                     )
LADEON FRANCIS Field Office Director, *et al.*,  )
                                     )
                Respondents.         )

## ORDER GRANTING PETITIONER'S MOTION TO DISMISS

The petitioner's motion to dismiss the action as moot, dkt. [15], is **granted**. This case is **dismissed as moot** pursuant to the petitioner's motion and Federal Rule of Civil Procedure 41(a)(2). The **clerk is directed** to enter **final judgment**.

**IT IS SO ORDERED.**

Date:      4/2/2026

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP (New Albany)
jlowe@k-glaw.com

Rafael Verde
Verde Law, PLLC.
admin@verdelaw.com

Shelese M. Woods
DOJ-USAO
shelese.woods@usdoj.gov